**Opinion issued February 3, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00093-CV

————————————

## IN RE HUSQVARNA CONSUMER OUTDOOR PRODUCTS N.A., INC., Relator

---

## Original Proceeding for Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Husqvarna Consumer Outdoor Products N.A., Inc., has filed a petition for writ of mandamus, contending that respondent, the Honorable Ben Hardin, abused his discretion in granting in part real parties in interest's motion to compel responses to requests for production of documents.[1]

---

[1] The underlying case is *Jimmy Sanders and Charlotte Laws-Sanders, Individually and As Next Friend of Trenity Sanders v. Husqvarna, Inc., Husqvarna Outdoor*

We deny the petition for writ of mandamus. We further dismiss as moot relator's emergency motion to stay underlying case.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

*Products, Inc.; Poulan-Texas, Co.; and Conn's Inc.*, cause no. 67207, in the 23rd District Court of Brazoria County.